**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **RUSSELL TODD MATHIS,** | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) CRIMINAL NO. 5:17-cr-13 (MTT) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) CIVIL NO. 5:20-cv-282 (MTT) |
| | ) |
| Respondent. | ) |

**ORDER**

United States Magistrate Judge Charles H. Weigle recommends denying Movant Russell Todd Mathis's request for permission to "pursue his 28 U.S.C. § 2255 motion," which the Magistrate Judge construed as a motion for reconsideration pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.  Doc. 634 at 3.  Mathis has not objected, so pursuant to 28 U.S.C. § 636(b)(1) the Court reviews the Recommendation for clear error.  After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 634) is **ADOPTED** and made the order of the Court.  Accordingly, Mathis's motion for permission to proceed with a 28 U.S.C. § 2255 motion (Doc. 615) is **DENIED**.

**SO ORDERED**, this 31st day of May, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT